IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 07-cv-01749-REB-CBS

UNITED STATES OF AMERICA for the use of
LEI COMPANIES, INC.,

    Plaintiff,

v.

ABBA BONDING, INC., d/b/a ABBA BONDING, an Alabama corporation,
MORRIS C. SEARS,
JOANN SEARS,
NEWSTROM-DAVIS CONSTRUCTION COMPANY OF COLORADO, a Colorado corporation, and
JOHN DOES 1-10,

    Defendants.

## ORDER MAKING ORDER TO SHOW CAUSE ABSOLUTE

**Blackburn, J.**

This matter is before me on my **Order To Show Cause** [#21], entered September 25, 2008. I required the parties to show cause on or before October 6, 2008, why this case should not be dismissed for failure to prosecute or administratively closed. No response has been filed. I find and conclude that the case should be administratively closed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Order To Show Cause** [#21], filed September 25, 2008, is **MADE ABSOLUTE**;

2. That pursuant to D.C.COLO.LCivR 41.2, the clerk is **DIRECTED** to close this case administratively, subject to reopening for good cause; and

3. That the Trial Preparation Conference, currently scheduled for **Friday,**

**November 14, 2008**, at **4:30 p.m.**, as well as the trial, currently scheduled to commence on **Monday, December 1, 2008**, at **8:30 a.m.**, are **VACATED**.

Dated October 7, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**