# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 07-cv-01554-REB-CBS

UNITED STATES OF AMERICA for the use of
JBLANCO ENTERPRISES INC., d/b/a SILVERCOOL SERVICE CO., a Colorado
corporation,

      Plaintiff,

v.

ABBA BONDING,INC. d/b/a ABBA BONDING, an Alabama corporation,
MORRIS C. SEARS,
JOANN SEARS,
NEWSTROM-DAVIS CONSTRUCTION COMPANY OF COLORADO, a Colorado
corporation, and
JOHN DOES 1 through 10,

      Defendants.

---

Civil Case No. 07-cv-01749-REB-CBS

UNITED STATES OF AMERICA for the use of
LEI COMPANIES, INC.

      Plaintiff,

v.

ABBA BONDING, INC., d/b/a ABBA BONDING, an Alabama corporation,
MORRIS C. SEARS,
JOANN SEARS,
NEWSTRON-DAVIS CONSTRUCTION COMPANY OF COLORADO, a Colorado
corporation, and
JOHN DOES 1-10,

      Defendants.

---

## ORDER RE-OPENING CASE AND VACATING
## RULING ON ORDER TO SHOW CAUSE

---

**Blackburn, J.**

This matter is before the court on its own motion. The above captioned cases are consolidated. *Order Consolidating Cases* [#14], filed December 3, 2007. The parties in Civil Case No. 07-cv-01749-REB-CBS have reached a settlement. Unfortunately, inconsistent captions and docketing have caused confusion in tracking the deadline for the parties in 07-cv-01749-REB-CBS to file their settlement documents with the court.

On September 25, 2008, I issued an Order To Show Cause to the parties in 07-cv-01749. This Order To Show Cause was docketed in 07-cv-01554 and 07-cv-01749. The parties were to directed to show cause why they had not filed their settlement and dismissal documents by the deadline previously set by the court. On October 3, 2008, the parties filed a joint response [#80] to the Order To Show Cause. Unfortunately, the response was docketed only in the lead case, 07-cv-01554. The parties' request for additional time to file their settlement documents, as stated in their response to the Order To Show Cause, was granted in an order [#82], filed October 6, 2008. This order was docketed only in 07-cv-01554.

After these filings were made, and looking only at the docket in 07-cv-01749, it appeared that the parties had not responded to the Order To Show Cause. As a result, an order [#22] was entered in 07-cv-01749 making the order to show cause absolute and closing that case administratively. That order was entered in error. As noted above, the parties in 07-cv-01749 had responded to the Order To Show Cause and had been granted additional time to file their settlement and dismissal documents. I note, however, that settlement and dismissal documents have not been filed in 07-cv-01749. Due to the confusion described above, I extend the deadline for filing settlement and dismissal documents in 07-cv-01749 to October 24, 2008.

2

**THEREFORE, IT IS ORDERED** as follows:

1.  That under D.C.COLO.LCivR 41.2, Civil Case No. 07-cv-01749 is **RE-OPENED**;

2.  That the **Order Making Order To Show Cause Absolute** [#22], filed in 07-cv-01749 on October 7, 2008, is **WITHDRAWN**;

3.  That the parties in 07-cv-01749 **SHALL HAVE** until **October 24, 2008**, to file their settlement and dismissal documents; and

4.  That the Trial Preparation Conference, previously scheduled for Friday, November 14, 2008, at 4:30 p.m., and the trial, previously scheduled to commence on Monday, December 1, 2008, at 8:30 a.m., are **REINSTATED** on the court's calendar.

Dated October 14, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**
